UNITED STATES DISTRICT COURT
EASERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MILES,

        Plaintiff,

v.

Mourad Restaurants Inc, a Michigan Corporation,

        Defendant.

Case No. 5:15-cv-11042-JCO-RSW

Judge John Corbett O'Meara

### STIPULATION FOR ENTRY OF CONSENT DECREE AND ORDER

Plaintiff Michael Miles and Defendant Mourad Restaurants Inc, a Michigan Corporation, by and through their undersigned attorneys, stipulate and agree to entry of the accompanying Consent Decree and Order, which fully adjudicates all the claims of all the parties and ends this action.

Dated: September 14, 2015

s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr. (P66315)
LAW OFFICE OF OWEN B. DUNN, JR.
4334 West Central Avenue, Suite 222
Toledo, Ohio 43615
Telephone: (419) 241-9661
Email: dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff*

/s/ Thomas L. Misuraca
Thomas L. Misuraca (P25304)
Garan Lucow Miller P.C.
1000 Woodbridge Street
Detroit, Michigan 48207-3192
313-446-1530 (Firm)
313-259-0450 (Fax)
thomas.misuraca@garanlucow.com
*Attorney for Defendants*