UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MILES,

              Plaintiff,

Case No. 15-11042
Hon. John Corbett O'Meara

v.

MOURAD RESTAURANTS INC.,

              Defendant.
_____/

## JUDGMENT

IT IS HEREBY ORDERED that judgment is entered pursuant to the consent decree and order dated September 24, 2015.

Date: September 24, 2015

                              DAVID WEAVER
                              Clerk, U.S. District Court

                              By: s/William Barkholz
                              Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge